MN, ND - 305
(10/00)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

**Unclaimed Dividends/Distribution Less Than $5**
**For Deposit to Registry Fund**

RECEIVED
09 NOV 18 AM 9:38
U.S. BANKRUPTCY COURT
MINNEAPOLIS, MN

Debtor:                    RAYMOND EVERETT LEIBOLD

Chapter 7 Case No.         03-46928-NCD

Please Check One:

xxx    Unclaimed Dividends

____   Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| CITI CARDS<br>P O BOX 3671<br>URBANDALE IA 50323 | 1 | 5,305.14 | 962.12 |

Please be advised that the original check was mailed to the claimant on or about October 28, 2009. It was returned by the post office on November 12, 2009, as "return to sender; not deliverable as addressed;unable to forward". Pursuant to Local Rule 3011-1(b), the Trustee submits this report and states that he has been unable to locate the creditor who is currently responsible for this claim despite having made reasonable efforts to do so.

DATED: November 17, 2009

_____
John R. Stoebner, Trustee
One Financial Plaza, Suite 2500
120 South Sixth Street
Minneapolis, MN 55402
(612) 338-5815

Distribution:
One original and one copy to U.S. Bankruptcy Court, with check
Two copies to file (one for file and one for U.S. Trustee with TDR)

03-392